UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**"UNDER SEAL"**

IN RE: Request from United Kingdom )
Pursuant to the Treaty ) MISC. NO. 3:05MC 320-C
Between the United States )
of America and The United ) FILED
Kingdom on Mutual Legal ) <u>ORDER</u> CHARLOTTE, N. C.
Assistance in Criminal Matters )
in the Matter of Tania ) OCT 2 6 2005
Castaneda-Dominguez )
) U. S. DISTRICT COURT
_____ ) W. DIST. OF N. C.

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Application for Order in this matter be sealed, pursuant to the on-going nature of the investigation in this matter.

NOW THEREFORE IT IS ORDERED that the Application for Order in this matter be sealed and remain sealed until such time as the United States thereafter moves for the unsealing of same.

This the 25th day of October, 2005

_____
UNITED STATES DISTRICT JUDGE