IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: Request from the United Kingdom )<br>Pursuant to the Treaty )<br>Between the United States )<br>of America and the United Kingdom )<br>on Mutual Legal Assistance )<br>in Criminal Matters in the Matter )<br>of Tania Castaneda-Dominguez and )<br>Others ) | MISC. NO. 3:05MC320-C<br><br>UNDER SEAL |

## ORDER

Upon application of the United States, and upon review of the request from the United Kingdom seeking evidence under the Treaty on Mutual Assistance with the United Kingdom, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by the <u>Treaty between the United States of America and the United Kingdom on Mutual Assistance in Criminal Matters,</u> __UST__ (Senate Treaty Document 104-2), as well as 28 U.S.C. §1782 and this Court's inherent authority, that D. Scott Broyles is appointed as a Commissioner of this Court and is hereby directed to execute the Treaty request as follows:

1. take such steps as are necessary, including issuance of commissioner's subpoenas, to collect the evidence requested;

2. provide notice with respect to the collection of evidence to those persons identified in the request as parties to whom notice should be given (and no notice to any other party shall be required);

3. disclose such copies of this Order as is necessary to accomplish the purposes of

the request for assistance, notwithstanding that this Order may be filed and maintained under seal;

  4. adopt procedures to collect the evidence requested, consistent with its use in the investigation or proceeding for which the United Kingdom has requested assistance, which procedures may be specified in the request or provided by or with the approval of the United Kingdom Central Authority under the Treaty;

  5. seek such further orders of this Court as may be necessary to execute this request; and

  6. certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to the United Kingdom.

  IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, special agents of the Federal Bureau of Investigation and/or representatives of the United Kingdom.

_____
UNITED STATES DISTRICT JUDGE

Dated: __10. 25__, 2005