RECEIVED
CHARLOTTE, N.C.

DEC - 8 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

FILED
CHARLOTTE, N. C.

DEC 13 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| IN RE: Request from United Kingdom Pursuant to the Treaty Between the United States of America and The United Kingdom on Mutual Legal Assistance in Criminal Matters in the Matter of Tania Castaneda-Dominguez | ) ) ) ) ) ) ) ) ) ) | DOCKET NO. 3:05MC320-C

ORDER |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order unsealing the matter in the case numbered above; and

IT APPEARING to the Court that said the reasons for sealing the case numbered above no longer exist;

NOW, THEREFORE, IT IS ORDERED that the above-numbered case be unsealed.

This the 13th day of December, 2005.

*Robert J. Conrad*
UNITED STATES DISTRICT COURT JUDGE

AUSA